**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7283**

_____

AUDELY SKYERS,

Plaintiff - Appellant,

versus

RUSTY   BALTIMORE;   BALTIMORE   BOND   COMPANY;
PHILIP BALTIMORE,

Defendants- Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CA-
99-2345-PJM)

_____

Submitted:  December 16, 1999      Decided:  December 22, 1999

_____

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Audely Skyers, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Audely Skyers appeals from the district court's order denying his motion to reconsider the dismissal of his diversity action. We find that the district court lacked subject matter jurisdiction over this action for breach of contract. Skyers' complaint only set forth a claim that, if true, would entitle him to $4500 plus pre-judgment interest. See Saval v. BL Ltd., 710 F.2d 1027, 1033-34 (4th Cir. 1983) (noting that under Maryland law, punitive damages are not available on breach of contract claims absent a showing of actual malice). Because Skyers failed to allege any facts or claims supporting damages of at least $75,000, the district court lacked subject matter jurisdiction. See 28 U.S.C.A. § 1332 (West Supp. 1999); see also Packard v. Provident Nat'l Bank, 994 F.2d 1039, 1045-46 (3d Cir. 1993) ("when it appears to a legal certainty that the plaintiff was never entitled to recover the jurisdictional amount, the case must be dismissed.") (citing St. Paul Mercury Indemnity Co. v. Red Cab Co., 303 U.S. 283, 289-90 (1938)). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2